**Order filed May 11, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00706-CV**
_____

**FRANCI NEELY, Appellant**

**V.**

**ISAIAH DERRICK ALLEN AND KELYN ANJA ALLEN, INDIVIDUALLY AND AS NEXT FRIEND OF A.R.A., Appellees**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18862**

## O R D E R

We determine that a relevant item is not included in the clerk's record for this case. *See* Tex. R. App. P. 34.5(c). On March 24, 2020, in a related mandamus proceeding, this court ordered the trial court "to set aside its August 24, 2020 order" granting appellees' motion to dismiss. Any order of the trial court in response to this directive is not included in the clerk's record in the instant case.

Accordingly, the Harris County District Clerk is directed to prepare, certify, and file a supplemental clerk's record on or before May 18, 2021, containing any order of the trial court filed on or after March 24, 2020 in case number 2019-18862.

If the requested item is not part of the case file, the district clerk is directed to prepare, certify, and file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.